**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| KAREN SMITH, Individually and as the Independent Administrator of the Estate of Dennis Wayne Smith; JASON SMITH; and JUSTIN SMITH, | § § § § § § § § § § § § § | |
| *Plaintiffs*, | | CASE NO. 2:13-CV-00185-JRG |
| *v.* | | |
| MICHELS CORPORATION, | | |
| *Defendant*. | | |

## ORDER

The Court, having considered the Joint Stipulation of Dismissal (Dkt. No. 104), is of the opinion that this case shall be dismissed.

It is therefore **ORDERED** that this cause is **DISMISSED** with prejudice to the refiling of same, with costs to be taxed against the party incurring same.

**So ORDERED and SIGNED this 2nd day of April, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE